BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
KATHLEEN A. CONNOLLY
Chief, Enforcement Unit
J. MAX WEINTRAUB
Senior Litigation Counsel
CHRISTOPHER W. HOLLIS
Trial Attorney (ILBN 6283101)
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
(202) 305-0899; (202) 305-7000 (fax)
christopher.hollis@usdoj.gov

*Attorneys for Defendants*

| | |
|---|---|
| DANIEL ROCHE MORENO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; CLYDE A. MOORE, Director, U.S. Citizenship and Immigration Services, Las Vegas Field Office; in their official capacities,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-536-JAD-NJK<br><br>**JOINTLY STIPULATED DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>ECF No. 11 |

　　　The parties have taken action to resolve this case without the need for further judicial involvement.  Accordingly, the parties jointly stipulate that the Court should dismiss this case without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

Each party agrees to pay its own fees and costs associated with this case.

Dated:  July 26, 2023                                    Respectfully submitted,

                                                 /s/  Kyle Koichi Morishita
KYLE KOICHI MORISHITA, Esq.
Nevada Bar No. 13544
De Castroverde Law Group
1149 S. Maryland Parkway
Las Vegas, NV 89104
(702) 222-9999
kyle@decastroverdelaw.com

*Counsel for Plaintiff*

By:     /s/  Christopher W. Hollis
CHRISTOPHER W. HOLLIS
Trial Attorney (ILBN 6283101)
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 305-0899; Fax: (202) 305-7000
christopher.hollis@usdoj.gov

*Counsel for Defendants*

### ORDER

Based on the parties' stipulation [ECF NO. 11] and good cause appearing, IT IS ORDERED that **this action is DISMISSED** without prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
July 27, 2023

*Moreno v. Mayorkas, et al.*, 2:23-cv-536-JAD-NJK
JOINTLY STIPULATED DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41